MID–RIDGE ASSOCIATES v. MAYOR AND COUNCIL, BOROUGH OF PARAMUS.

March 27, 1984.

Petition for certification denied.

IN THE MATTER OF THE APPLICATION OF UNITED COUNTIES TRUST COMPANY ELIZABETH, UNION COUNTY, FOR AUTHORITY TO ESTABLISH AND OPERATE A FULL BRANCH OFFICE TO BE LOCATED AT SHREWSBURY AND SYCAMORE AVENUES, BOROUGH OF SHREWSBURY, MONMOUTH COUNTY, NEW JERSEY.

March 27, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. ALFRED ROYAL.

March 27, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. ALFRED ROYAL.

March 27, 1984.

Petition for certification denied.